# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: admin | Date Created: 07/12/2023 |
| Case: 21−10492 | Form ID: 3180W | Total: 20 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr      Select Portfolio Servicing Inc
cr      WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR
cr      Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2006−AR3, Mortgage Pass−Through Certificates, Series 2006−AR3
                                                                                               TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SR      USTPRegion17.SF.ECF@usdoj.gov
tr      David Burchard      TESTECF@burchardtrustee.com
aty      Bryan S. Fairman      ecfcanb@aldridgepite.com
aty      Evan Livingstone      evanmlivingstone@gmail.com
aty      Wendy A. Locke      ecfcanb@aldridgepite.com
                                                                                               TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Santiago Avila Marin      1331 Wright St      Santa Rosa, CA 95404
intp      Gabriela Avila      1331 Wright St      Santa Rosa, CA 95404−3463
intp      Solar Managment Services      PO Box 910      Perris, CA 92572
smg      CA Franchise Tax Board      Bankruptcy Group      P.O. Box 2952      Sacramento, CA 95812−2952
smg      CA Employment Development Dept.      Bankruptcy Group MIC 92E      P.O. Box 826880      Sacramento, CA 94280−0001
15351591      Ron Chow      Gardener, Riechmann & Chow      438 E Katella Ave, Ste 202      Orange, CA 92867
15351592      Select Portfolio Servicing, Inc      Attn: Bankruptcy      Po Box 65250      Salt Lake City, UT 84165
15351593      Solar Management Services      PO Box 910      Perris, CA 92572
15351594      Syncb/yamaha Music&sou      Attn: Bankruptcy      Po Box 965060      Orlando, FL 32896
15351595      Wells Fargo Bank NA      1 Home Campus Mac X2303−01a      3rd Floor      Des Moines, IA 50328
15359194      Wells Fargo Bank, N.A., Wells Fargo Card Services      PO Box 10438, MAC F8235−02F      Des Moines, IA 50306−0438
15360343      Wells Fargo Bank, National Association      c/o Select Portfolio Servicing, Inc.      P.O. Box 65250      Salt Lake City, UT 84165−0250
                                                                                              TOTAL: 12