DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
SANTIAGO AVILA MARIN

Chapter 13
Case No. 21-10492 DM

NOTICE OF UNCLAIMED
CHAPTER 13 DEBTOR REFUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rules of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed debtor refunds in the amount of as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 999 | CLERK OF THE COURT FOR SANTIAGO AVILA MARIN 1331 WRIGHT ST SANTA ROSA, CA 95404 | $514.09 |

Dated:   November 21, 2023

/s/ David Burchard
David Burchard, Trustee